BROWN *against* WILDE.

IN ERROR, on *certiorari* to a justice's court.

THE plaintiff in error brought an action of *trespass* on the case, in the court below, against the defendant in error, for fraud, in the sale of a horse. The defendant pleaded not guilty, and the cause was tried by a jury : there was considerable evidence on both sides, as to the fraud, and the jury found a verdict for the defendant. In the course of the evidence, it appeared that there had been a former trial between the same parties, in relation to a pair of horses, of which the horse in question was one. The justice, in answer to the allegation in the affidavit, that the evidence of the former trial was objected to, as inadmissible under the general issue, returned, that it was admitted under the agreement of the parties.

*Per Curiam.* The judgment must be affirmed. Whether there had been any fraud in the sale of the horse, was a proper question for the jury, and there having been evidence before the jury that rendered the question, at least, doubtful, we do not, in such cases, interfere, even where the verdict is against the weight of evidence. The evidence of the former trial was not admissible under the general issue, if there had been no agreement between the parties on the subject ; but the justice was warranted from the agreement, which he states, to draw the inference that the objection was waived. At all events, the defendant did not rest upon the former trial as his sole defence ; but the merits of the question of fraud were entered into at large, and we cannot say that injustice has been done.

Judgment affirmed.

Where, in a trial in a justice's court, there is evidence on both sides, so that the question is at least doubtful, the judgment will not be reversed, even if the verdict were against the weight of evidence.

A former trial cannot be given in evidence, under the general issue, unless by consent ; but if the defendant offered other matter of defence, which was entered into at large, and it does not appear that injustice has been done, the judgment will not, on that ground, be reversed.